UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

WILLIAM GREGORY WHITSON, )
)
       Plaintiff )
)
vs. ) Case No. 6:09-cv-00217-LSC-HGD
)
CITIZENS BANK OF FAYETTE, )
et al., )
)
       Defendants )

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on June 29, 2009, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. The plaintiff filed objections to the report and recommendation on July 10, 2009.

In his objections, the plaintiff asserts that the Alabama Credit Union is a "state institution" which conspired with the "Alabama Collection Agency," another "state institution" to collect a debt from him. (Doc. #11 at 1). To the extent the plaintiff claims that the defendants are state agencies and therefore clothed with the authority

of state law, such claim is conclusory and without merit. Indeed, the plaintiff has not alleged any facts showing that the defendants are state agencies or acted under color of state law.

Moreover, allegations of conspiracy must be specific and based upon facts rather than conclusions. "It is not enough to simply aver in the complaint that a conspiracy existed." *Fullman v. Graddick*, 739 F.2d 553, 557 (11th Cir. 1984). Accordingly, "[a] complaint may justifiably be dismissed because of the conclusory, vague and general nature of the allegations of conspiracy." *Id.* at 557. The "naked assertion" of conspiracy without "supporting operative facts" is not sufficient to state a claim under § 1983. *See Phillips v. Mashburn*, 746 F.2d 782 (11th Cir. 1984). The plaintiff has failed to plead any supporting operative facts in connection with his claim that the defendants conspired to deprive him of constitutional rights. Instead, he has done nothing more than make a naked and conclusory allegation of conspiracy and, as such, his claims in that regard are due to be dismissed on authority of 28 U.S.C. § 1915A(b)(1).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is

due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune.  A Final Judgment will be entered.

    Done this <u>29th</u> day of <u>July 2009</u>.

                                        _____
                                          L. SCOTT COOGLER
                                  UNITED STATES DISTRICT JUDGE
                                                      153671